THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Pamela Byars Seals,       
Appellant.
 
 
 

Appeal From Greenville County
Joseph J. Watson , Circuit Court Judge

Unpublished Opinion No. 2003-UP-282
Submitted February 20, 2003  Filed 
 April 17, 2003   

VACATED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Pamela Seals appeals her convictions 
 for breaking and entering a motor vehicle and financial transaction card theft, 
 asserting that the indictments were not submitted to the grand jury and that 
 she did not execute a written waiver of presentment.  We vacate 
 [1] these convictions pursuant to Rule 220, SCACR, and the following authorities: 
 Odom v. State,  350 S.C. 300, 302, 566 S.E.2d 528, 529 (2002) (requiring 
 waivers of presentment to be in writing in order to be valid); State v. Evans, 
 307 S.C. 477, 479, 415 S.E.2d 816, 817 (1992) (finding that in the absence of 
 an indictment by the grand jury or a valid waiver of presentment of an indictment, 
 the circuit court lacks jurisdiction over an offense).  
VACATED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.